CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2018 SEP 27 PM 3 45

FILED
BY _____
DEPUTY

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| American Welding & Gas, Inc. | ) Cause No. DV 18-1448 |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING PLAINTIFF'S** |
| | ) **MOTION TO SUBSTITUTE** |
| WeldWorld Corporation, | ) **REDACTED EXHIBITS TO** |
| | ) **COMPLAINT** |
| Defendant. | ) |

Upon consideration of American Welding & Gas, Inc.'s (AWG) Motion to Substitute Redacted Exhibits to Complaint, the Court finds that AWG is entitled to protection of their confidential pricing information.

IT IS HEREBY ORDERED that AWG's Motion is GRANTED and redacted versions of Exhibits A and B to the Complaint filed on September 17, 2018, shall be substituted for the originals.

ORDERED this 26th day of Sept., 2018.

Michael G. Moses
District Court Judge

c: David L. Charles/Adrianna Potts

CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by inter-office delivery upon the parties or their attorneys of record

27 day of Sept. 18

by _____
Judicial Asst.

*Order Granting Plaintiff's Motion to Substitute Redacted Exhibits to Complaint*  Page 1