IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN WELDING & GAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WELDWORLD CORPORATION, <br><br> Defendant. | CV 18-151-BLG-SPW-TJC <br><br> **ORDER** |

Before the Court is Defendant's Unopposed Motion to Seal Doc. 1-1. (Doc. 3.) In accordance with Local Rules 1.3(a)(1) and 5.1(d), the Court finds Doc. 1-1 contains confidential information currently open to public disclosure. Further, a redacted version of Doc. 1-1 will soon be added to the record in this case under L.R. 3.3(a). Therefore, to avoid publication of confidential information and good cause appearing,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

**IT IS ORDERED**.

DATED this 24th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge