IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN WELDING & GAS, INC., <br><br> Plaintiff <br><br> v. <br><br> WELDWORLD CORPORATION, <br><br> Defendant. | CV-18-151-BLG-TJC <br><br> ORDER |

Defendant filed an unopposed motion for a settlement conference before a United State Magistrate Judge. (Doc. 28 ). The Court granted this motion and referred the case to the undersigned to conduct the mediation. (Doc. 29). The undersigned has ordered that the requested settlement will be conducted on December 19, 2019. Defendant has now filed a motion to vacate the settlement conference that it requested. (Doc. 34). Plaintiff opposes the motion. (*Id.*) Defendant argues that the settlement conference will be a waste of judicial resources because "Given the breadth between the settlement demands from the respective parties and WeldWorld's financial position, a settlement conference is no long appropriate and would be an unnecessary use of judicial resources." (Doc. 35).

The undersigned's experience is that many cases are successfully resolved

at a settlement conference in spite of the fact that one or both of the parties held little hope prior to the settlement conference that they would. Therefore, Defendant's motion to vacate the settlement conference is DENIED.

DATED this 13th day of December 2019.

_____
John Johnston
United States Magistrate Judge