IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN WELDING & GAS, INC.,<br><br>　　　　Plaintiff/Counter-<br>　　　　Defendant,<br><br>vs.<br><br>WELDWORLD CORPORATION,<br><br>　　　　Defendant/Counter-<br>　　　　Plaintiff. | CV 18-151-BLG-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL, FILE EX PARTE AFFIDAVIT** |

Before the Court is an unopposed motion to withdraw as counsel filed by John D. Sullivan of Holland & Hart, LLP, who represents Defendant WeldWorld Corporation, and motion for leave to file ex parte affidavit. (Docs. 47 & 48.) The motions appear to be compliant with L.R. 83.3(b)(2)(B). Good cause showing,

IT IS ORDERED that:

1. The Motion to Withdraw is GRANTED. John D. Sullivan and Shane Coleman of the firm of Holland & Hart are granted leave to withdraw from this case as counsel of record for Defendant WeldWorld Corporation.

2. The Motion to Seal the ex parte Affidavit of John D. Sullivan is

      GRANTED.  The Clerk shall file the lodged Affidavit (Doc. 49) under seal

2. Defendant Weldworld Corporation shall immediately retain new counsel to represent it in this case and is advised that the Court has issued an Amended Scheduling Order (Doc. 46) in this case, and that all deadlines and requirements set forth in the Amended Scheduling Order remain in effect.

3. Defendant shall have until **July 20, 2020** for its new counsel to enter an appearance, or it shall show cause why an appearance is not possible at that time.

4. The Clerk's office is directed to mail a copy of this order and a copy of the Court's April 8, 2020 Amended Scheduling Order (Doc. 46) to Plaintiff at:

> WeldWorld Corporation
> 7506 42 Street
> Leduc, AB T9E 0R8

DATED this 19th day of June, 2020.

                                        _____
                                        TIMOTHY J. CAVAN
                                        United States Magistrate Judge