UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN WELDING & GAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WELDWORLD CORPORATION, <br><br> Defendant. | Case No. CV-18-151-BLG-TJC <br><br> JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of American Welding & Gas, Inc. against WeldWorld Corporation in the amount of $321,384.39 for breach of contract, together with $151,904.39 in attorney fees, for a total judgment amount of $473,288.78,  pursuant to the Court's order dated March 22, 2021, document 63..

 Dated this 22nd day of March, 2021.

        TYLER P. GILMAN, CLERK

        By: /s/ Judith Harris
        Judith Harris, Deputy Clerk